UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
:
UNITED STATES OF AMERICA          :
          - v. -                  :
RICHARD SHARPE,                   :
          Defendant.              :
-----------------------------------x

**ORIGINAL**

**WAIVER OF INDICTMENT**

08 Cr. 288

J. Robinson

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 666, 1341 and 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
RICHARD SHARPE III
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        April 2, 2008