# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

---

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Paul E. Davison
Attorney-in-Charge
White Plains

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

April 10, 2008

RECEIVED
APR 1 0 2008
CHAMBERS OF
GEORGE A. YANTHIS
U.S.M.J.

Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Richard Sharpe**
      08 Cr. 288 (SCR)

Dear Judge Yanthis:

**MEMO ENDORSED**

   With consent of the Government, we respectfully request that the Court extend the defendant's bail limits to the extent of authorizing him to make day trips to Westerly, Rhode Island.

   On April 2, 2008, this Court released Mr. Sharpe on an unsecured $100,000 personal recognizance bond, co-signed by two relatives. Mr. Sharpe is **not** on pretrial supervision.

   Mr. Sharpe requests that he be permitted to accompany his family on summer day-trips to the beach at Westerly, Rhode Island, as has been his custom for many years.

   I discussed this request with Assistant United States Attorney Arlo Devlin-Brown, who informed me that the Government has no objection.

   Thank you for your consideration.

Respectfully,

Paul E. Davison
(914) 428-7126

cc:   Arlo Devlin-Brown, Esq.
      Assistant United States Attorney

Approved.
SO ORDERED: _____ 4/10/08
Hon. George A. Yanthis
United States Magistrate Judge.